UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IZZAT NAZER,

    Plaintiff,

v.                                                     Case No: 8:16-cv-2259-T-36JSS

SAINT PETERSBURG POLICE
DEPARTMENT and FIVE BUCKS
DRINKERY LLC,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on pro se Plaintiff's Motion for Permission to E-File. (Dkt. 10.)  In the motion, Plaintiff requests access to the Court's electronic filing system to facilitate in the preparation and timeliness of filings.  Upon consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Permission to E-File (Dkt. 10) is **GRANTED**.

2. To fully access the Court's electronic filing system, Plaintiff must have Internet access, an e-mail account, PDF capabilities, and a PACER account.

3. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the Court's website at www.flmd.uscourts.gov.  When filling out the request for a CM/ECF log in and password, Plaintiff should insert 0000000 (seven zeros) when prompted to fill in a Bar number.  Plaintiff may contact the Clerk's Office (813-301-5400) if assistance is needed in registering for CM/ECF.

4. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the Court's website.  Plaintiff also shall become familiar with and follow the policies and

- 2 -

procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the Court's website.

5. In alternative to filing electronically, Plaintiff is permitted to mail hard copies of his filings to the Clerk of the Court instead of filing in person at the courthouse.

**DONE** and **ORDERED** in Tampa, Florida, on September 7, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party