UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IZZAT NAZER,

    Plaintiff,

CASE NO: 8:16-cv-02259-CEH-JSS

vs.

SAINT PETERSBURG POLICE DEPARTMENT
And FIVE BUCKS DRINKERY, LLC

    Defendants.
_____/

## DEFENDANT SAINT PETERSBURG POLICE DEPARTMENT'S MOTION TO DISMISS

Defendant, Saint Petersburg Police Department, by and through its undersigned attorney hereby files its Motion to Dismiss Plaintiff's Complaint and states:

1. The Saint Petersburg Police Department is a nonsuable entity as it is merely a department of the legal entity, City of St. Petersburg.

2. Defendant has retained the undersigned attorney to whom a reasonable fee is owed to defend it in this action.

WHEREFORE, Defendant, Saint Petersburg Police Department, respectfully requests this Honorable Court enter an order dismissing Plaintiffs' Complaint and any other relief deemed appropriate, including attorney's fees.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic mail service via CM/ECF and U.S. Mail to Izzat Nazer, P. O. Box 2691, Tallahassee, FL 32316 this 5th day of December, 2016.

                                          OFFICE OF THE CITY ATTORNEY
                                          FOR THE CITY OF ST. PETERSBURG

                    BY:      /s/ *Kenneth W. MacCollom*
                                          KENNETH W. MacCOLLOM
                                          Florida Bar No. 68705
                                          Assistant City Attorney
                                          P. O. Box 2842
                                          St. Petersburg, FL 33731
                                          PH: (727) 893-7401-FAX: (727)892-5262
                                          eservice@stpete.org
                                          Kenneth.MacCollom@stpete.org